

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00053-CV

———————————————

IN THE INTEREST OF S.V., A CHILD

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CV16-00095

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Notice of Voluntary Dismissal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: July 15, 2021